IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-1136-D |
| | § | |
| PROCOLLECT INC, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Plaintiff's counsel has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

April 12, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE