IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-01136 |
| | § | |
| PROCOLLECT, INC. | § | |
| | § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Williams and Defendant ProCollect, Inc. stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By: /s/ Jenny DeFrancisco
JENNY DEFRANCISCO
STATE BAR NO. 432383

LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
(203) 653-2250 – Telephone
(203) 653-3424 – Telecopy
jdefrancisco@lemberglaw.com

ATTORNEYS FOR PLAINTIFF
JAMES WILLIAMS

By: John W. Bowdich
JOHN W. BOWDICH
State Bar No. 00796233

THE WILLIS LAW GROUP, PLLC
10440 N. Central Expy., Ste. 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.